UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

MILES FOR SENATE COMMITTEE, et al.,

Plaintiffs,

v.

FEDERAL ELECTION COMMISSION,

Defendant.

CV 01-83 PAM/JGL
Chief Judge Paul A. Magnuson
Magistrate Judge Jonathan G. Lebedoff

Order

**ORDER**

Upon full consideration of the defendant Federal Election Commission's unopposed motion for an order waiving application of the requirements of LR 83.5 as to the Commission so as to allow the Commission to directly defend this litigation and providing that service of papers in this case shall be made directly upon the Commission, and the Commission's memorandum of points and authorities in support thereof,

IT IS HEREBY ORDERED that the defendant Federal Election Commission's motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that the requirements of LR 83.5 are waived as to the Commission.

Date: April 3, 2001

JONATHAN G. LEBEDOFF
United States Magistrate Judge

APR 04 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK