UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-83 (PAM/JGL)

MILES FOR SENATE COMMITTEE, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

FEDERAL ELECTION COMMISSION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to August 1, 2001;

2. The period during which the parties may seek discovery shall be completed by September 1, 2001;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2001;

4. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to October 1, 2001; and

5. This case will be considered "ready for trial" as of October 1, 2001.

DATED: July 9, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JUL 0
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk