# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Miles for Senate Committee,
Barbara Steinberg and Steven H. Miles

Case No. Civil 01-83 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Federal Election Commission

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Plaintiff's motion for Judgment on the Record is DENIED; and Defendant's motion to dismiss and for Summary Judgement is GRANTED as follows:

1. The claims of Plaintiffs Steven H. Miles and Barbara Steinberg are DISMISSED;
2. Summary Judgment is GRANTED in favor of defendant on Plaintiff Miles for Senate Committee's remaining claims

DATE: January 10, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk